130

(No. 5617-■■■■■■■)

Louis J. Foley, Claimant, vs. State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed February 18, 1971.*

Louis J. Foley, Claimant, pro se.

William J. Scott, Attorney General; Lee D. Martin, Assistant Attorney General, for Respondent.

Dove J.

(No. 5706-■■■■■■■)

D. G. Huelskoetter, M.D., Claimant, vs. State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed February 18, 1971.*

D. G. Huelskoetter, M.D., Claimant, pro se.

William J. Scott, Attorney General; Lee D. Martin, Assistant Attorney General, for Respondent.

Perlin, C. J.

(No. 5761-■■■■■■■)

Garfield Park Moving and Storage Company, Claimant, vs. State of Illinois, Department of Public Aid, Respondent.

*Opinion filed February 18, 1971.*

Warren Krinsky, Attorney for Claimant.

William J. Scott, Attorney General; Bruce J. Finne, Assistant Attorney General, for Respondent.

Dove, J.

(No. 5764—

Katy Corporation, Claimant, vs. State of Illinois, Department of Public Aid, Respondent.

*Opinion filed February 18, 1971.*

Charles Kraut, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Dove, J.

(No. 5797—

Transworld Van Lines, Inc., a/k/a Majestic warehouses, Inc., Claimant, vs. State of Illinois, Respondent.

*Opinion filed February 18, 1971.*

Transworld Van Lines, Inc., a/k/a Majestic Warehouses, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Holderman, J.

On April 1, 1970, Transworld Van Lines, Inc., a/k/a Majestic Warehouses, Inc., filed a claim against the State of Illinois for services rendered the Cook County Department of Public Aid in the amount of $719.00.